UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:25-cr-1091 |
| v. | 18 U.S.C. § 1001 |
| | 18 U.S.C. § 1015(a) |
| **ALA ALDEEN ALSHAIKH** | 18 U.S.C. § 1519 |
| a/k/a Aladdin Zakaria Alshaikh | 18 U.S.C. § 1546(a) |
| | |
| | **INDICTMENT** |
| | **(Under Seal)** |

## COUNT 1

### False Statement Under Oath in Immigration Proceeding

**THE GRAND JURY CHARGES:**

On or about September 10, 2021, in the District of South Carolina, the defendant, **ALA ALDEEN ALSHAIKH,** knowingly made a false statement under oath, in a proceeding and matter relating to, and under, a law of the United States relating to naturalization and citizenship, to wit: during an interview with a United States Citizenship and Immigration Services Officer when asked Question 10C, "Have you EVER been a member of, or in any way associated (either directly or indirectly) with: A terrorist organization?" he answered, "No" when in fact on August 26, 2021, he stated online that he had pledged allegiance to, and claimed membership in, the terrorist organization known as the Islamic State of Iraq and Syria (commonly known as "ISIS");

In violation of Title 18, United States Code, Section 1015(a).

1

## COUNT 2

### False Statement on Immigration Document

**FURTHER THE GRAND JURY CHARGES:**

On or about March 14, 2022, in the District of South Carolina, the defendant, **ALA ALDEEN ALSHAIKH,** under penalty of perjury, knowingly subscribed as true a false statement with respect to a material fact in an application and document required by the immigration laws or regulations prescribed thereunder, to wit: on USCIS Form N-445 (Notice of Naturalization of Oath Ceremony), in response to Question 5, "Since your interview, have you joined, become associated, or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group?" he answered "No" when in fact between October 13, 2021, and November 19, 2021, Alshaikh made online statements that indicated he associated and connected with the terrorist group known as the Islamic State of Iraq and Syria (commonly known as "ISIS") after his immigration interview on September 10, 2021, concerning, *inter alia*, a potential attack on the American Embassy in Khartoum, Sudan;

In violation of Title 18, United States Code, Section 1546(a).

2

## COUNT 3

## False Statement Involving International Terrorism to Federal Agent

**FURTHER THE GRAND JURY CHARGES:**

On or about January 26, 2025, in the District of South Carolina, the defendant, **ALA ALDEEN ALSHAIKH**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation involving international terrorism, in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: he falsely stated that not offered his aviation expertise to anyone, never expressed a desire to join a fighting group, and never wanted to join the army or a militant group, to a Special Agent from the Federal Bureau of Investigation, when in fact on November 8, 2024, he made an online statement wherein he offered to mobilize and share his aviation expertise with a militant group referred to as the Al-Bara Ibn Malik Brigade;

In violation of Title 18, United States Code, Section 1001.

## COUNT 4

### Deletion of Records to Obstruct Federal Investigation

**FURTHER THE GRAND JURY CHARGES:**

On a date unknown to the grand jury, but occurring between November 8, 2024, and February 14, 2025, in the District of South Carolina, the defendant, **ALA ALDEEN ALSHAIKH**, did knowingly destroy, conceal, and cover up a document, to wit: a November 8, 2024, online comment wherein he offered to mobilize and share his aviation expertise with a militant group referred to as the Al-Bara Ibn Malik Brigade, and did so with the intent to impede, obstruct, and influence the investigation of a matter that the defendant knew was within the jurisdiction of the Executive Branch of the Government of the United States a department and agency of the United States, to wit: the Federal Bureau of Investigation;

In violation of Title 18, United States Code, Section 1519

A  true  BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Everett McMillian (#11791)
Christopher Lietzow (#12301)
Assistant United States Attorney
401 W. Evans Street, Room 222
Florence, SC 29501
Tel: 843-665-6688
Everett.McMillian@usdoj.gov

4