IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CR. NO.: 2:25-cr-1091 |
|---|---|
| v. | |
| **ALA ALDEEN ALSHAIKH** a/k/a Aladdin Zakaria Alshaikh | **ORDER FOR BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, **ALA ALDEEN ALSHAIKH a/k/a Aladdin Zakaria Alshaikh**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

September 11, 2025

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/ Christopher Lietzow
_____
Everett McMillian (#11791)
Christopher Lietzow (#12301)
Assistant United States Attorney
401 W. Evan Street, Room 222
Florence, South Carolina 29501
Telephone: (843) 727-4381