# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　CASE NO.　　2:25-cr-1091

Ala Aldeen Alshaikh

## PLEA

The Defendant, __Ala Aldeen Alshaikh__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)　Defendant

9/16/25
Charleston, South Carolina