# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

v

Earl Christopher Magwood
    Defendant.

Case Number: 9:24-cr-814

## ORDER OF DETENTION

The Defendant appeared before this Court for a detention hearing on September 10, 2025 on a petition to revoke the Defendant's supervised release. The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). That Rule provides that "the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed.R.Crim.P. 32.1(a)(6).

The Defendant __ has __ has not established by clear and convincing evidence that the Defendant will not flee for the reasons stated on the record.

The Defendant __ has _X_ has not established by clear and convincing evidence that the Defendant is not a danger to any other person or to the community for the reasons stated on the record.

The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in

charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

OTHER REASONS OR FURTHER EXPLANATION:

Within 6 months of his release, Mr. Magwood was engaging in the same pattern of criminal conduct. The evidence of trafficking in fentanyl presents a clear danger to the community, particularly in light of prior criminal history.

DATE: 16 September 2025

UNITED STATES MAGISTRATE JUDGE